IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bowman, James

Printed:  6/10/08

Case Number:  05 B 18512
Judge:  Hollis, Pamela S
Filed:  5/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  June 6, 2008
Confirmed:  July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 3,765.89 |
| Priority: | | 0.00 |
| Administrative: | | 2,205.20 |
| Trustee Fee: | | 328.91 |
| Other Funds: | | 0.00 |
| Totals: | 6,300.00 | 6,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,205.20 | 2,205.20 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 3,505.00 | 3,765.89 |
| 3. | Bank Of America | Unsecured | | No Claim Filed |
| 4. | Capital One | Unsecured | | No Claim Filed |
| 5. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 6. | Park Dansan | Unsecured | | No Claim Filed |
| 7. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 8. | American Express | Unsecured | | No Claim Filed |
| 9. | MCI | Unsecured | | No Claim Filed |
| 10. | Retailers National Bank | Unsecured | | No Claim Filed |
| 11. | IC System Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,710.20 | $ 5,971.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 10.82 |
| 5.5% | 105.29 |
| 5% | 26.24 |
| 4.8% | 50.40 |
| 5.4% | 113.40 |
| 6.5% | 22.76 |
| | _____ |
| | $ 328.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bowman, James

Printed:  6/10/08

Case Number:  05 B 18512
Judge:  Hollis, Pamela S
Filed:  5/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

